| | |
|---|---|
| **BLANK ROME LLP** | **WILLIAMS & CONNOLLY LLP** |
| *A Pennsylvania LLP* | Edward J. Bennett (pro hac vice) |
| Stephen M. Orlofsky | Edward C. Barnidge (pro hac vice) |
| Adrienne C. Rogove | Jonathan B. Pitt (pro hac vice) |
| New Jersey Resident Partners | C. Bryan Wilson (pro hac vice) |
| Michael R. Darbee | 725 Twelfth Street NW |
| 300 Carnegie Center, Suite 220 | Washington, DC  20005 |
| Princeton, NJ  08540 | Telephone: (202) 434-5083 |
| Telephone: (609) 750-2646 | Facsimile: (202) 434-5029 |
| Facsimile: (609) 897-7286 | EBennett@wc.com |
| Orlofsky@BlankRome.com | EBarnidge@wc.com |
| Rogove@BlankRome.com | JPitt@wc.com |
| MDarbee@BlankRome.com | BWilson@wc.com |

*Attorneys for Defendant*
*United Therapeutics Corporation*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDOZ INC. AND RAREGEN, LLC, | Civil Action No. 3:19-cv-10170-BRM-LHG |
| Plaintiffs, | |
| V. | Document filed electronically |
| UNITED THERAPEUTICS CORPORATION AND SMITHS MEDICAL ASD, INC., | **Oral argument requested** |
| Defendants. | |

### NOTICE OF MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6)

**PLEASE TAKE NOTICE** that on July 1, 2019, at 10:00 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Defendants United Therapeutics Corporation and Smiths Medical ASD, Inc., (collectively "Defendants"), shall move before the Hon. Brian R. Martinotti, U.S.D.J., at the Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, to dismiss with prejudice the Complaint filed by Plaintiffs Sandoz Inc. and RareGen, LLC, under Rule 12(b)(6) of the Federal Rules of Civil Procedure.

In support of this motion, Defendants rely upon the supporting Brief in Support of Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6), as well as Defendants' Reply Brief.

A proposed Order is attached.

Dated: May 24, 2019

/s/ Stephen M. Orlofsky
**BLANK ROME LLP**
A Pennsylvania LLP
Stephen M. Orlofsky
Adrienne C. Rogove
New Jersey Resident Partners
Michael R. Darbee
30 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (609) 750-2646
Facsimile: (609) 897-7286
Orlofsky@BlankRome.com
Rogove@BlankRome.com
MDarbee@BlankRome.com

**WILLIAMS & CONNOLLY LLP**
Edward J. Bennett (pro hac vice)
Edward C. Barnidge (pro hac vice)
Jonathan B. Pitt (pro hac vice)
C. Bryan Wilson (pro hac vice)
725 Twelfth Street NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
EBennett@wc.com
EBarnidge@wc.com
JPitt@wc.com
BWilson@wc.com

*Attorneys for Defendant United Therapeutics Corporation*

/s/ Frederick L. Whitmer
**KILPATRICK TOWNSEND & STOCKTON LLP**
Frederick L. Whitmer
The Grace Building
1114 Avenue of the Americas
New York, NY 10036
Telephone: (212) 775-8773
Facsimile: (212) 775-8821
fwhitmer@kilpatricktownsend.com
Peter M. Boyle (pro hac vice)
Patrick J. Pascarella (pro hac vice)
Christine E. Fahmy (pro hac vice)
607 14th Street NW
Washington, DC 20005
Telephone: (202) 508-5800
Facsimile: (202) 585-0057
boyle@kilpatricktownsend.com
ppascarella@kilpatricktownsend.com
cfahmy@kilpatricktownsend.com

*Attorneys for Smiths Medical ASD, Inc.*