# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SANDOZ INC. and RAREGEN, LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED THERAPEUTICS CORP. and SMITHS MEDICAL ASD, INC.<br><br>*Defendants*. | Case No. 19-cv-10170-BRM-LHG<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR A PRELIMINARY INJUNCTION** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on October 25, 2019, or as soon thereafter as the parties may be heard, in the courtroom of the Honorable Brian Martinotti located at 402 East State Street, Trenton, NJ 08608, Plaintiffs Sandoz Inc. and RareGen, LLC ("Plaintiffs") will move for a preliminary injunction pursuant to Fed. R. Civ. P. 65(a) and Local Civ. R. 65.1 to enjoin Defendants United Therapeutics Corp. and Smiths Medical ASD, Inc. (collectively, "Defendants") from taking those actions specified in the attached Proposed Order Granting a Preliminary Injunction ("Motion").

Plaintiffs bring this Motion on the grounds that (1) the requested injunction is necessary to stop the immediate and irreparable injuries Plaintiffs have sustained as a result of Defendants' actions to prevent cartridges for the CADD-MS® 3 pump

1

from being used by patients to administer subcutaneous infusions of Plaintiffs' generic treprostinil injection, (2) Plaintiffs have demonstrated a likelihood of success on the merits regarding their federal antitrust claims under Section 1 and Section 2 of the Sherman Act, 15 U.S.C. §§1-2, (3) the balance of equities weighs in favor of Plaintiffs because the requested injunction will not prejudice Defendants or otherwise harm them, and (4) the public interest in lowering healthcare costs weighs in favor of the issuance of the relief requested in the attached Proposed Order Granting a Preliminary Injunction.

In support of their Motion, Plaintiffs will rely on this Notice of Motion and Motion, Plaintiffs' Memorandum in Support thereof, Declaration of Ethan Glass and Accompanying Exhibits, Affidavit of Damian deGoa and Accompanying Exhibits, Declaration of Robert Spina, Expert Report of Mohan Rao, Ph.D. and Accompanying Exhibits, Declaration of John M. Collins, Ph.D. and Accompanying Exhibits, Declaration of Dr. David H. Roberts and Accompanying Exhibits, and such further evidence or argument the Court may consider.

Dated: October 4, 2019                  Respectfully Submitted,

/s/ Thomas D. Pease
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
Thomas D. Pease (NJ Bar No. 055421994)
Peter E. Calamari (*pro hac vice*)
Heather K. Christenson (*pro hac vice*)
51 Madison Avenue, 22nd Floor
New York, NY 10010

2

Tel: (212) 849-7000
Fax: (212) 849-7100
thomaspease@quinnemanuel.com
petercalamari@quinnemanuel.com
heatherchristenson@quinnemanuel.com

Ethan C. Glass (*pro hac vice*)
Michael D. Bonanno (*pro hac vice*)
Matthew K. Wasserman (*pro hac vice*)
Samantha T.Z. Scanlan (*pro hac vice*)
1300 I Street NW, Suite 900
Washington, D.C. 20005-3314
Tel: (202) 538-8000
Fax: (202) 538-8100
ethanglass@quinnemanuel.com
mikebonanno@quinnemanuel.com
matthewwasserman@quinnemanuel.com
samanthascanlan@quinnemanuel.com

***Attorneys for Plaintiff RareGen, LLC***

*/s/ Jenny Kramer*

ALSTON & BIRD, LLP
Jenny Kramer (NJ Bar No. 014372001)
90 Park Avenue, 15th Floor
New York, NY 10016
Tel: (212) 210-9400
Fax: (212) 210-9444
jenny.kramer@alston.com

Michael P. Kenny (*pro hac vice*)
Matthew D. Kent (*pro hac vice*)
Allison S. Thompson (*pro hac vice*)
Jonathan D. Parente (*pro hac vice*)
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
mike.kenny@alston.com
matthew.kent@alston.com
allison.thompson@alston.com

3

jonathan.parente@alston.com

*Attorneys for Plaintiff Sandoz Inc.*