# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| SANDOZ INC. and RAREGEN, LLC<br><br>*Plaintiffs*,<br><br>v.<br><br>UNITED THERAPEUTICS CORP. and SMITHS MEDICAL ASD, INC.<br><br>*Defendants*. | Case No. 19-cv-10170-BRM-LHG<br><br>**CERTIFICATE OF SERVICE**<br><br>Document electronically filed |

I, Thomas D. Pease, Esq., an attorney at Quinn Emanuel Urquhart & Sullivan, LLP, hereby certify that on this day I caused the following documents to be filed with the Clerk of the Court and served via email on all counsel of record:

- Plaintiffs Sandoz Inc. and RareGen LLC's Notice of Motion and Motion for a Preliminary Injunction.

- Plaintiffs Sandoz Inc. and RareGen LLC's Memorandum in Support of Plaintiffs' Motion for a Preliminary Injunction.

- Plaintiffs Sandoz Inc. and RareGen LLC's Proposed Order Granting a Preliminary Injunction.

- Affidavit of Damian deGoa and Accompanying Exhibits in Support of Plaintiffs' Motion for a Preliminary Injunction.

- Declaration of Robert Spina in Support of Plaintiffs' Motion for a Preliminary Injunction.

- Expert Report of Mohan Rao, Ph.D.

- Declaration of John M. Collins, Ph.D.

- Declaration of Dr. David H. Roberts.

- Declaration of Ethan Glass and Accompanying Exhibits in Support of Plaintiffs' Motion for a Preliminary Injunction.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED: October 4, 2019                    */s/ Thomas D. Pease*
                                            Thomas D. Pease, Esq.