**ALSTON & BIRD LLP**
Jenny Kramer
(NJ Bar No. 014372001)
   90 Park Avenue, 15th Floor
   New York, NY 10016
   (212) 210-9400 (Phone)
Matthew D. Kent (*pro hac vice*)
Jonathan D. Parente (*pro hac vice*)
D. Andrew Hatchett (*pro hac vice*)
   1201 West Peachtree Street
   Suite 4900
   Atlanta, GA 30309
   (404) 881-7000 (Phone)

*Attorneys for Plaintiff Sandoz Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDOZ INC. and RAREGEN, LLC, <br><br> *Plaintiffs*, <br><br> v. <br><br> UNITED THERAPEUTICS CORPORATION, <br><br> *Defendant*. | Case No. 2:19-cv-10170-BRM-JSA <br><br> The Honorable Brian R. Martinotti, U.S.D.J. <br><br> **NOTICE OF MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> *Oral Argument Requested* <br><br> Motion Date: As Set by the Court |

**PLEASE TAKE NOTICE** that, on a date to be determined by the Court, the undersigned attorneys for Plaintiff Sandoz Inc. ("Sandoz") will move before the Honorable Brian R. Martinotti, U.S.D.J., at the Clarkson S. Fisher Federal Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for Partial Summary Judgment on Count 7: Breach of Contract of the First Amended Complaint (Dkt. 178), under Rule 56 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Sandoz relies on the accompanying Brief in Support of Motion for Partial Summary Judgment, the Statement of Material Facts Not in Dispute, and the Declaration of Jonathan D. Parente and exhibits thereto. Sandoz may also rely on any reply brief filed in support of its motion for partial summary judgment and oral argument, if allowed.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted with this motion.

**PLEASE TAKE FURTHER NOTICE** that Sandoz requests oral argument pursuant to Local Civil Rule 78.1(b).

Dated: September 10, 2021

/s/ *Jenny Kramer*

**ALSTON & BIRD LLP**
Jenny Kramer (NJ Bar No. 014372001)
    90 Park Avenue 15th Floor
    New York, NY 10016
    (212) 210-9400 (Phone)
    Jenny.Kramer@alston.com
Matthew D. Kent (*pro hac vice*)
Jonathan D. Parente (*pro hac vice*)
D. Andrew Hatchett (*pro hac vice*)
    1201 West Peachtree Street, Suite 4900
    Atlanta, GA 30309
    (404) 881-7000 (Phone)
    Matthew.Kent@alston.com
    Jonathan.Parente@alston.com
    Andrew.Hatchett@alston.com

*Attorneys for Plaintiff Sandoz Inc.*