UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:   BRIAN R. MARTINOTTI                                          Date: 01/31/2024
Court Reporter: TAMMERA WITTE                                 Civil No: 2:19-10170

Title of the Case:

SANDOZ, INC., *et al*
v.
UNITED THERAPEUTIC CORP., *et al*

Appearances:

Matthew D. Kent, Jenny Kramer & Jonathan Parente, Attorney for Plaintiff, Sandoz, Inc.

Edward J. Bennett, Emma J. Nino, Jonathan B. Pitt, Adrienne Van Winkle
    & Michael R. Darbee, Attorney for Defendants

Nature of Proceedings:

Status Conference held
Court ordered:
- Pretrial Briefs due 04/15/24
- Deposition Designations 03/08/24
- Parties to meet and confer re: specific remaining issues
- Conference set for 04/23/24 @ 1:30 pm
- Parties to provide by 04/19/24 letter to the court re: any outstanding issues re: deposition designations

OTBS

Time Commenced:   2:20 pm
Time Concluded:   3:00 pm

                                                                      Lissette Rodriguez, Courtroom Deputy
                                                                      to the Hon. Brian R. Martinotti, U.S.D.J.