# ALSTON & BIRD

90 Park Avenue
New York, NY 10016
212-210-9400 | Fax: 212-210-9444

Jenny Kramer                         Direct Dial: 212-210-9420                         Email: jenny.kramer@alston.com

March 25, 2024

**Via ECF**
Honorable Brian R. Martinotti
United States District Judge
U.S. District Court for the District of New Jersey
Clarkson S. Fisher Building and U.S. Courthouse
402 East State Street
Trenton, NJ 08608

Re:     *Sandoz Inc. v. United Therapeutics Corp.*, No. 2:19-cv-10170-BRM-JSA

Dear Judge Martinotti:

     We represent Plaintiff Sandoz Inc. in this matter and write jointly with counsel for Defendant United Therapeutics Corporation in response to Your Honor's directive from the January 31, 2024 status conference regarding mediation.

     Pursuant to that directive, the parties, represented by lead trial counsel and client representatives, conducted a mediation with Judge Dickson on March 4, 2024. The parties were not able to resolve the suit.

     Respectfully submitted,

                                                                              */s/ Jenny Kramer*
                                                                              Jenny Kramer

cc: All counsel of record (via ECF)

Alston & Bird LLP                                                                                                             www.alston.com

Atlanta | Beijing | Brussels | Charlotte | Dallas | London | Los Angeles | New York | Raleigh | San Francisco | Silicon Valley | Washington, D.C.