UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:   BRIAN R. MARTINOTTI                    Date: 04/23/2024
Court Reporter: TAMMERA WITTE               Civil No: 2:19-10170

Title of the Case:

SANDOZ, INC., *et al*
v.
UNITED THERAPEUTIC CORP., *et al*

Appearances:

Matthew D. Kent, Jenny Kramer, Jonathan Parente & Elizabeth Helmer,
   Attorney for Plaintiff, Sandoz, Inc.

Edward J. Bennett, Emma J. Nino, Jonathan B. Pitt, Adrienne Van Winkle, Sean Douglass,
R. Chet Otis, Atticus DeProspo, Nicole Fleming, Stephen Orlovsky & Michael R. Darbee,
    Attorneys for Defendants

Nature of Proceedings:

Pretrial Conference
Hearing held (re docket entry 472)
Court ordered as follows:
- Deposition Designations will be deferred until the end of trial;
- Expert, Jones will not be permitted to testify at trial pursuant to Opinion dated 10/17/23;
- A. UTC's Motion *In Limine* No. 1 (RESERVED.)
- B. & Scope of Counter Designations (RESERVED)
- UTC's inclusion of exhibits not produced during discovery. RESERVED and (b) re: settlement agreements (RESERVED)
- Statements attributed to payers in documents and testimony, which were the subject of UTC's Motion in *Limine #2* (Out-of- Court Statements) (RESERVED)
- Sponsoring witness issue. Counsel to meet, confer, and submit joint exhibits to be admitted.
  Bench trial scheduled to for 04/29/24 @ 9:30 am

Time Commenced:   1:30 pm
Time Concluded:   2:45 pm

                                                    Lissette Rodriguez, Courtroom Deputy
                                                    to the Hon. Brian R. Martinotti, U.S.D.J.