UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge:   BRIAN R. MARTINOTTI                         Date: 04/30/2024
Cour
t Reporter: TAMMERA WITTE                            Civil No: 2:19-10170

Title of the Case:

SANDOZ, INC., *et al*
v.
UNITED THERAPEUTIC CORP., *et al*

Appearances:

Matthew D. Kent, Jenny Kramer, Jonathan Parente, Karla Doe, Troy Stram,
 & Andrew Hatchett, Attorney for Plaintiff, Sandoz, Inc.

Edward J. Bennett, Emma J. Nino, Jonathan B. Pitt, Adrienne Van Winkle, Sean Douglass,
  Shaun Snader, Stephen Orlovsky & Michael R. Darbee, Attorneys for Defendants

**Nature of Proceedings**: **(Bench Trial)**

Trial continued before the Hon. Brian R. Martinotti
Exhibits moved into evidence
Scott Moomaw resumes
Anupam Jena, M.D., Ph.D. sworn on behalf of the Plaintiff
Lunch Recess (12:30 pm – 1:15 pm)
Anupam Jena, M.D., Ph.D. resumes *(deposition used)*
Plaintiff RESTS
Kevin Gray sworn on behalf of Defendant
Trial without jury adjourned until 05/01/24 @ 9:30 a.m.

Time Commenced:   9:30 am
Time Concluded:    3:45 pm

Lissette Rodriguez, Courtroom Deputy
to the Hon. Brian R. Martinotti, U.S.D.J.