UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: BRIAN R. MARTINOTTI  Date: 05/01/2024
Court Reporter: TAMMERA WITTE  Civil No: 2:19-10170

Title of the Case:

SANDOZ, INC., *et al*
v.
UNITED THERAPEUTIC CORP., *et al*

Appearances:

Matthew D. Kent, Brent? Kramer, Troy Stram, & ???, Attorney for Plaintiff, Sandoz, Inc.

Edward J. Bennett, Michael R. Darbee, Stephen Orlovsky, Jonathan B. Pitt,
  Adrienne Van Winkle, & Sean Douglass, Attorneys for Defendants

**Nature of Proceedings: (Bench Trial)**

Summations from bench trial held
Matthew D. Kent on behalf of Plaintiff
Edward J. Bennett on behalf of Defendant
Court reserved decision

Time Commenced:   10:00 am
Time Concluded:    1:00 pm

Lissette Rodriguez, Courtroom Deputy
to the Hon. Brian R. Martinotti, U.S.D.J.