**BLANK ROME LLP**
*A Pennsylvania LLP*
Stephen M. Orlofsky
*New Jersey Resident Partner*
Michael R. Darbee
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (609) 750-2646
Facsimile: (609) 897-7286
Orlofsky@BlankRome.com
MDarbee@BlankRome.com

*Attorneys for Defendant United Therapeutics Corporation*

**WILLIAMS & CONNOLLY LLP**
Edward J. Bennett *(pro hac vice)*
Edward C. Barnidge *(pro hac vice)*
Jonathan B. Pitt *(pro hac vice)*
Adrienne E. Van Winkle *(pro hac vice)*
680 Maine Avenue S.W.
Washington, DC 20024
Telephone: (202) 434-5083
Facsimile: (202) 434-5029
EBennett@wc.com
EBarnidge@wc.com
JPitt@wc.com
AVanwinkle@wc.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Sandoz Inc.,<br><br>Plaintiff,<br><br>v.<br><br>United Therapeutics Corporation,<br><br>Defendant. | Civil Action No. 2:19-cv-10170-BRM-JSA<br><br>**NOTICE OF MOTION FOR STAY OF EXECUTION OF JUDGMENT PENDING APPEAL WITHOUT BOND**<br><br>**Honorable Brian R. Martinotti, U.S.D.J.**<br><br>**Return Date: December 2, 2024** |

**PLEASE TAKE NOTICE** that on December 2, 2024, or as soon thereafter as counsel may be heard, Defendant United Therapeutics Corporation ("UTC"), by and through its undersigned attorneys, shall move before the Honorable Brian R.

1

Martinotti, United States District Judge, United States District Court, District of New Jersey, for an Order in the above-captioned matter, staying execution of the Judgment pending appeal without bond.

**PLEASE TAKE FURTHER NOTICE** that Defendants will rely upon the accompanying Brief and Declaration of James Edgemond.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted with this motion.

Dated: October 29, 2024

**BLANK ROME LLP**
*A Pennsylvania LLP*

/s/ *Stephen M. Orlofsky*
Stephen M. Orlofsky
New Jersey Resident Partner
Michael R. Darbee
300 Carnegie Center, Suite 220
Princeton, NJ  08540
Telephone: (609) 750-2646
Facsimile: (609) 897-7286
Orlofsky@BlankRome.com
MDarbee@BlankRome.com

**WILLIAMS & CONNOLLY LLP**
Edward J. Bennett (pro hac vice)
Edward C. Barnidge (pro hac vice)
Jonathan B. Pitt (pro hac vice)
Adrienne E. Van Winkle (pro hac vice)
680 Maine Avenue S.W.
Washington, DC  20024
Telephone: (202) 434-5083
Facsimile: (202) 434-5029

EBennett@wc.com
EBarnidge@wc.com
JPitt@wc.com
AVanwinkle@wc.com

*Attorneys for Defendant*
*United Therapeutics Corporation*

## **CERTIFICATION OF SERVICE**

I certify that on this date, I caused a copy of the foregoing Notice of Motion for Stay of Execution of Judgment Pending Appeal Without Bond and accompanying documents to be served upon all counsel of record via the Court's electronic CM/ECF system.

Dated: October 29, 2024                                  */s/ Stephen M. Orlofsky*
                                                                              Stephen M. Orlofsky