# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Sandoz Inc.,<br><br>Plaintiff,<br><br>v.<br><br>United Therapeutics Corporation,<br><br>Defendant. | Civil Action No. 2:19-cv-10170-BRM-JSA<br><br>**[PROPOSED] ORDER GRANTING UNITED THERAPEUTICS CORP.'S MOTION FOR STAY OF EXECUTION OF JUDGMENT PENDING APPEAL WITHOUT BOND** |

AND NOW, this _____ day of _____, 2024, upon consideration of Defendant's Motion for Stay of Execution of Judgment Pending Appeal Without Bond, **IT IS HEREBY ORDERED** that Defendant's Motion for Stay of Execution of Judgment Pending Appeal Without Bond is **GRANTED**.

**IT IS FURTHER ORDERED** that execution of the judgment entered by this Court on _____ day of _____, 2024, (Dkt. No. ___), be **STAYED** without bond pending final disposition of the parties' appeals.

_____
HONORABLE BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE