**ALSTON & BIRD LLP**
Jenny Kramer
(NJ Bar No. 014372001)
  90 Park Avenue, 15th Floor
  New York, NY 10016
  (212) 210-9400 (Phone)
Matthew D. Kent (*pro hac vice*)
Jonathan D. Parente (*pro hac vice*)
D. Andrew Hatchett (*pro hac vice*)
  1201 West Peachtree Street
  Suite 4900
  Atlanta, GA 30309
  (404) 881-7000 (Phone)

*Attorneys for Plaintiff Sandoz Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Sandoz Inc., <br><br> *Plaintiff*, <br><br> v. <br><br> United Therapeutics Corporation, <br><br> *Defendant*. | Case No. 2:19-cv-10170-BRM-JSA |

### PLAINTIFF SANDOZ INC.'S NOTICE OF APPEAL AND CROSS APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE <u>THIRD CIRCUIT</u>

**PLEASE TAKE NOTICE** that Plaintiff Sandoz Inc. hereby appeals to the

United States Court of Appeals for the Third Circuit from the March 30, 2022

Opinion and Order granting partial summary judgment in favor of Defendant United Therapeutics Corporation (Dkt. Nos. 382, 383) and from all underlying and related opinions, orders, decisions, and rulings. Sandoz also cross appeals the Final Judgment and Order entered in this action on November 1, 2024 (Dkt. Nos. 510, 511) and from all underlying and related opinions, orders, decisions, and rulings.

Dated: November 11, 2024

/s/ Jenny Kramer
**ALSTON & BIRD LLP**
Jenny Kramer (NJ Bar No. 014372001)
  90 Park Avenue 15th Floor
  New York, NY 10016
  (212) 210-9400 (Phone)
  jenny.kramer@alston.com
Matthew D. Kent *(pro hac vice)*
Jonathan D. Parente *(pro hac vice)*
D. Andrew Hatchett *(pro hac vice)*
  1201 West Peachtree Street, Suite 4900
  Atlanta, GA 30309
  (404) 881-7000 (Phone)
  matthew.kent@alston.com
  jonathan.parente@alston.com
  andrew.hatchett@alston.com

*Attorneys for Plaintiff Sandoz Inc.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Sandoz Inc., *Plaintiff*, v. United Therapeutics Corporation, *Defendant*. | Case No. 2:19-cv-10170-BRM-JSA |

## **CERTIFICATE OF SERVICE**

I certify that on this date, I caused a copy of the following to be served upon all counsel of record via the Court's ECF system: **Sandoz's Notice of Appeal and Cross Appeal to the United States Court of Appeals for the Third Circuit**.

Dated: November 11, 2024

*/s/ Jenny Kramer*
Jenny Kramer