# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Sandoz Inc.,<br><br>Plaintiff,<br><br>v.<br><br>United Therapeutics Corporation,<br><br>Defendant. | Civil Action No. 2:19-cv-10170-BRM-JSA<br><br><br>**ORDER GRANTING UNITED THERAPEUTICS CORP.'S CONSENT MOTION FOR APPROVAL OF A SUPERSEDEAS BOND TO STAY OF EXECUTION OF JUDGMENT PENDING APPEAL** |

AND NOW, this __12th__ day of __December__, 2024, upon consideration of Defendant's Consent Motion for Approval of a Supersedeas Bond to Stay of Execution of Judgment Pending Appeal, **IT IS HEREBY ORDERED** that Defendant's Consent Motion for Approval of a Supersedeas Bond to Stay of Execution of Judgment Pending Appeal is **GRANTED**.

**IT IS FURTHER ORDERED** that execution of the judgment entered by this Court on __1st__ day of __November__, 2024, (Dkt. No. __511__), be **STAYED** with bond pending final disposition of the parties' appeals.

_____
HONORABLE BRIAN R. MARTINOTTI
UNITED STATES DISTRICT JUDGE