| | |
|---|---|
| **BLANK ROME LLP** | **WILLIAMS & CONNOLLY LLP** |
| *A Pennsylvania LLP* | Edward J. Bennett *(pro hac vice)* |
| Stephen M. Orlofsky | Edward C. Barnidge *(pro hac vice)* |
| *New Jersey Resident Partner* | Jonathan B. Pitt *(pro hac vice)* |
| Michael R. Darbee | Adrienne E. Van Winkle *(pro hac vice)* |
| 300 Carnegie Center, Suite 220 | 680 Maine Avenue S.W. |
| Princeton, NJ 08540 | Washington, DC 20024 |
| Telephone: (609) 750-2646 | Telephone: (202) 434-5083 |
| Facsimile: (609) 897-7286 | Facsimile: (202) 434-5029 |
| Orlofsky@BlankRome.com | EBennett@wc.com |
| MDarbee@BlankRome.com | EBarnidge@wc.com |
| | JPitt@wc.com |
| | AVanwinkle@wc.com |

*Attorneys for Defendant United Therapeutics Corporation*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SANDOZ INC., <br><br> Plaintiff, <br><br> v. <br><br> UNITED THERAPEUTICS CORPORATION, <br><br> Defendant. | Civil Action No. 2:19-cv-10170-BRM-JSA <br><br> **NOTICE OF MOTION TO TAX COSTS** <br><br> **MELISSA E. RHOADS, ESQ., CLERK OF COURT** <br><br> Motion Date: February 3, 2025 |

**PLEASE TAKE NOTICE** that on February 3, 2025, or as soon thereafter as counsel may be heard, Defendant United Therapeutics Corporation ("UTC"), by and through its undersigned attorneys, shall move before Melissa E. Rhoads, Esq., Clerk

1

of Court, United States District Court, District of New Jersey, to tax costs in accordance with 28 U.S.C. § 1920, Federal Rule of Civil Procedure 54(d), and Local Rule 54.1.

**PLEASE TAKE FURTHER NOTICE** that, in support of this motion, Defendant relies on the attached verified bill of costs, the attached declaration and exhibit thereto, the attached memorandum in support of the motion, and all pleadings and documents on file with the Court.  Defendant may also rely on any reply brief filed in support of its motion.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted with this motion.

Dated: January 6, 2025

   /s/ Stephen M. Orlofsky

**BLANK ROME LLP**
*A Pennsylvania LLP*
Stephen M. Orlofsky
*New Jersey Resident Partner*
Michael R. Darbee
300 Carnegie Center, Suite 220
Princeton, NJ 08540
Telephone: (609) 750-2646
Facsimile: (609) 897-7286
SOrlofsky@BlankRome.com
MDarbee@BlankRome.com

**WILLIAMS & CONNOLLY LLP**
Edward J. Bennett (pro hac vice)
Edward C. Barnidge (pro hac vice)
Jonathan B. Pitt (pro hac vice)
Adrienne E. Van Winkle (pro hac vice)
680 Maine Avenue S.W.
Washington, DC  20024
Telephone: (202) 434-5083
Facsimile: (202) 434-5029
EBennett@wc.com
EBarnidge@wc.com
JPitt@wc.com
AVanwinkle@wc.com

*Attorneys for Defendant United Therapeutics Corporation*